IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01284-BNB

RONALD E. KNEEN,

 Plaintiff,

v.

ARI ZAVARAS, Director, Colorado D.O.C.,
JOANIE SHOEMAKER, Clinical Services, C.D.O.C.,
PAMELA J. PLOUGHE, Warden, Colorado D.O.C.,
JOYCE CROUNK, Clinical Services, Colorado Territorial Correctional Facility, Colorado D.O.C.,
MARY KAY CARTER, Nurse Practitioner, Colorado Territorial Correctional Facility, Colorado D.O.C.,
JILL OLVEY, Nurse Practitioner, Colorado Territorial Correctional Facility, Colorado D.O.C.,
CORRECTIONS CORPORATION OF AMERICA,
JOHN FERGUSON, C.E.O., Corrections Corporation of America,
HERB SPIWAK, Vice President Health Services, Corrections Corporation of America,
D. SMELSER, Warden, Crowley County Correctional Facility, Corrections Corporation of America,
JUDY BRIZENDINE, Medical Director, Crowley County Correctional Facility, Corrections Corporation of America,
DR. LOUIS CABLING, Crowley County Correctional Facility, Corrections Corporation of America, and
DR. ATUL VAHIL, Medical Contractor,

 Defendants.

---

## ORDER DRAWING CASE

---

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 16 2010

GREGORY C. LANGHAM
      CLERK

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED July 16, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01284-BNB

Ronald Emmett Kneen
Prisoner No. 89673
Colorado Territorial Corr. Facility
P.O. Box 1010
Cañon City, CO 81215-1010

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/16/10

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk