IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-01284-CMA-MEH

RONALD E. KNEEN,

    Plaintiff,

v.

ARI ZAVARAS, Director, Colorado D.O.C.,
JOANIE SHOEMAKER, Clinical Services, C.D.O.C.,
PAMELA J. PLOUGHE, Warden, Colorado D.O.C.,
JOYCE CROUNK, Clinical Services, Colorado Territorial Correctional Facility, Colorado D.O.C.,
MARY KAY CARTER, Nurse Practitioner, Colorado Territorial Correctional Facility, Colorado D.O.C.,
JILL OLVEY, Nurse Practitioner, Colorado Territorial Correctional Facility, Colorado D.O.C.,
CORRECTIONS CORPORATION OF AMERICA,
JOHN FERGUSON, C.E.O., Corrections Corporation of America,
HERB SPIWAK, Vice President Health Service, Corrections Corporation of America,
D. SMELSER, Warden, Crowley County Correctional Facility, Corrections Corporation of America,
JUDY BRIZENDINE, Medical Director, Crowley County Correctional Facility, Corrections Corporation of America,
DR. LOUIS CABLING, Crowley County Correctional Facility, Corrections Corporation of America, and
DR. ATUL VAHIL, Medical Contractor,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 22 2010

GREGORY C. LANGHAM
                CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

This cause is before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the Plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from Defendants. If unable to do so, the United States Marshal shall serve a

copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that Defendants or counsel for Defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the Defendants.

DATED: July  20 , 2010

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01284-CMA-MEH

Ronald E. Kneen
Prisoner No. 89673
CTCF
PO Box 1010
Cañon City, CO 81215- 1010

Ari Zavaras, Joanie Shoemaker, Pamela J. Ploughe,
Joyce Crounk, Mary Kay Carter, and Jill Olvey – **WAIVER***
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

Lucy Hernandez
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700
**SERVICE FORMS FOR:**
**D. Smelser, Judy Brizendine,**
**and Dr. Louis Cabling**

US Marshal Service
Service Clerk
Service forms for: Dr. Atul Vahil, John Ferguson, Herb Spiwak,
and Corrections Corporation of America,

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Keith Nordell for service of process on Ari Zavaras, Joanie Shoemaker, Pamela J. Ploughe, Joyce Crounk, Mary Kay Carter and Jill Olvey; to Lucy Hernandez for service of process on D. Smelser, Judy Brizendine and Dr. Louis Cabling; to the United States Marshal Service for service of process on Dr. Atul Vahil, John

Ferguson, Herb Spiwak, and Corrections Corporation of America: AMENDED COMPLAINT FILED 7/12/10, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on **7/22/10**.

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk