IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 10-cv-01284-CMA-MEH | Date: August 23, 2010 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

RONALD EMMETT KNEEN, *Pro Se* (by telephone)

    Plaintiff,

vs.

HERB SPIWAK, *et al.*,     Robert Huss
    Andrew Ringel

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING – Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction (Doc. #6, filed 7/12/10)**

**Court in session:** 1:38 p.m.

Court calls case. Appearances of *pro se* Plaintiff and counsel for Defendants.

Plaintiff reads a prepared statement regarding his readiness for this hearing into the record.

Discussion regarding the protocol for placing an inmate on an organ transplant list. Mr. Huss states that Dr. Paula Frentz is available by telephone to answer questions regarding placing an inmate on a transplant list.

2:11 p.m.     Dr. Paula Frentz, now present by telephone, is sworn and questioned by Mr. Huss, the Court, and Plaintiff regarding the protocol for placing an inmate on an organ transplant list and Plaintiff's medical condition.

2:46 p.m.     Dr. Paula Frentz is excused.

Discussion regarding Plaintiff's request for appointment of counsel, and Plaintiff is directed to file a written motion.

Mr. Huss presents closing arguments.

The Court will give Defendants an opportunity to respond to Plaintiff's motion in writing.

**ORDERED:** Defendants shall file a response to Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction (Doc. #6, filed 7/12/10) by **August 25, 2010.** Plaintiff may file a reply fourteen (14) days after receipt of the response.

The Court will not rule on the motion until it receives Defendants' response, Plaintiff's reply, and the requested medical records.

Discussion regarding Plaintiff's medical records and his ability to review them at the facility.

Mr. Huss is directed to provide to the Court copies of Plaintiff's medical records for the past 12 months and the records from the doctor who performed the endoscopy on Plaintiff at the Crowley facility.

**Court in recess:** 3:01 p.m. **(Hearing concluded)**
**Total time in court:** 1:23