IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01284-CMA-MEH

RONALD EMMETT KNEEN,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,
HERB SPIWAK, in his personal and official capacities, C.C.A. Corporation,
JOHN FERGUSON, in his personal and official capacities, C.C.A. Corporation,
JUDY BRIZENDINE, in her personal and official capacities, C.C.A. - Crowley,
D. SMELSER, in his personal and official capacities, Warden, C.C.A. - Crowley,
ARISTEDES ZAVARAS, in his personal and official capacities, Director, Colorado D.O.C.,
PAMELA J. PLOUGHE, in her personal and official capacities, Warden, Colorado D.O.C.,
JOANIE SHOEMAKER, in her personal and official capacities, Clinical Services, C.D.O.C.,
JOYCE CROUNK, in her personal and official capacities, Clinical Services, Colorado Territorial Correctional Facility, Colorado, D.O.C.,
DR. LOUIS CABLING, in his personal and official capacities,
DR. ATUL VAHIL, in his personal and official capacities,
MARY KAY CARTER, in her personal and official capacities, Nurse Practitioner, Colorado Territorial Correctional Facility, Colorado D.O.C., and
JILL OLVEY, in her personal and official capacities, Nurse Practitioner, Colorado Territorial Correctional Facility, Colorado D.O.C.

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 7, 2010.**

    Plaintiff's Motion Requesting Copy of Medical File [filed September 2, 2010; docket #34] is **granted in part and denied in part**. The Plaintiff contends that he requires a copy of his medical file to reply to Defendants' response to his motion for preliminary injunction, but does not have the means to pay $.25 per copy for the file. On August 23, 2010, this Court ordered Defendants to provide to the Court, in support of their response, a copy of Plaintiff's medical records from 2008 to the present. The Defendants provided the copies directly to the Court, rather than filing them on the docket as an exhibit attached to their response, presumably due to anticipated privacy concerns by the Plaintiff. However, the Court finds that copies of certain records are submitted in support of the response brief and, thus, must be provided to the Plaintiff, just as a copy of any exhibit supporting a motion must be provided to the opposing party.

Therefore, the Court orders the Defendants, **on or before September 13, 2010**, to file with the Court under seal (in accordance with D.C. Colo. LCivR 7.2) copies of the Plaintiff's medical record on which it relies in support of the response brief and attached affidavit. In addition, Defendants shall provide to the Plaintiff copies of the record filed with the Court.

With respect to Plaintiff's request for copies of his entire medical file at no cost, the Court finds that Plaintiff has failed to state sufficient cause for such request; the hurdles Plaintiff describes are the same as those normally faced by plaintiff inmates proceeding *pro se* and *in forma pauperis*.