IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01284-CMA-MEH

RONALD EMMETT KNEEN,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,
HERB SPIWAK, in his personal and official capacities, C.C.A. Corporation,
JOHN FERGUSON, in his personal and official capacities, C.C.A. Corporation,
JUDY BRIZENDINE, in her personal and official capacities, C.C.A. - Crowley,
D. SMELSER, in his personal and official capacities, Warden, C.C.A. - Crowley,
ARISTEDES ZAVARAS, in his personal and official capacities, Director, Colorado D.O.C.,
PAMELA J. PLOUGHE, in her personal and official capacities, Warden, Colorado D.O.C.,
JOANIE SHOEMAKER, in her personal and official capacities, Clinical Services, C.D.O.C.,
JOYCE CROUNK, in her personal and official capacities, Clinical Services, Colorado Territorial Correctional Facility, Colorado, D.O.C.,
DR. LOUIS CABLING, in his personal and official capacities,
DR. ATUL VAHIL, in his personal and official capacities,
MARY KAY CARTER, in her personal and official capacities, Nurse Practitioner, Colorado Territorial Correctional Facility, Colorado D.O.C., and
JILL OLVEY, in her personal and official capacities, Nurse Practitioner, Colorado Territorial Correctional Facility, Colorado D.O.C.

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 25, 2010.**

    Plaintiff's Motion for Order [filed October 20, 2010; docket #58] seeks copies of documents and advice about preparing a "Motion for Global Expansion of Time." The motion is **granted** with respect to Plaintiff's request for a copy of the current docket sheet in this case; the Clerk of the Court is directed to mail a copy of the docket sheet together with this minute order to the Plaintiff. The motion is **denied** with respect to Plaintiff's requests for the federal rules of civil procedure and Judge Arguello's court procedures; the rules are available in public libraries (including, assumably, the CDOC libraries) and Judge Arguello's practice standards are available on this court's public website. The Plaintiff has articulated no reason why he cannot access either of these sources. Finally, the Court is a neutral entity and may not give advice to any party on the substance of any pending matter. The motion is **denied** in this respect.