**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-01284-CMA-MEH

RONALD E. KNEEN,

    Plaintiff,

v.

ARI ZAVARAS, Director, Colorado D.O.C.,
JOANIE SHOEMAKER, Clinical Services, C.D.O.C.,
PAMELA J. PLOUGHE, Warden, Colorado D.O.C.,
JOYCE CROUNK, Clinical Services, Colorado Territorial Correctional Facility, Colorado
    D.O.C.,
MARY KAY CARTER, Nurse Practitioner, Colorado Territorial Correctional Facility,
    Colorado D.O.C.,
CORRECTIONS CORPORATION OF AMERICA,
JOHN FERGUSON, C.E.O., Corrections Corporation of America,
HERB SPIWAK, Vice President Health Service, Corrections Corporation of America,
D. SMELSER, Warden, Crowley County Correctional Facility, Corrections Corporation
    of America,
JUDY BRIZENDINE, Medical Director, Crowley County Correctional Facility,
    Corrections Corporation of America,
DR. LOUIS CABLING, Crowley County Correctional Facility, Corrections Corporation of
    America, and
DR. ATUL VAHIL, Medical Contractor,

    Defendants.

---

**ORDER ADOPTING AND AFFIRMING NOVEMBER 23, 2010
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on Plaintiff's Motion for Temporary Restraining Order and/or Preliminary injunction (Doc. # 6), filed July 10, 2010. The motion was referred to Magistrate Judge Michael E. Hegarty for a Recommendation by Order of

Reference dated July 20, 2010.  Magistrate Judge Hegarty issued a Recommendation on November 23, 2010 that the above-referenced motion be denied.  (Recommendation at 2.)  The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within 14 days after being served with a copy of the Recommendation.  (Recommendation at 2.)  Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party.

> "In the absence of timely objection, the district court may review a magistrate. . . [judge's] report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").

Applying this standard, I am satisfied that the Recommendation of Magistrate Judge Hegarty is sound and that there is no clear error on the face of the record.  *See* Fed. R. Civ. P. 72(a).  I agree that the above-referenced Motion for a Temporary Restraining Order and/or Preliminary Injunction be denied.  Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Michael E. Hegarty (Doc. # 75), filed November 23, 2010, is AFFIRMED and ADOPTED.

In accordance therewith, it is

FURTHER ORDERED that Plaintiff's Motion for a Temporary Restraining Order and/or Preliminary Injunction (Doc. # 6), filed July 12, 2010 is DENIED.

DATED:  December   16  , 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge