IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01284-CMA-MEH

RONALD EMMETT KNEEN,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,
HERB SPIWAK, in his personal and official capacities, C.C.A. Corporation,
JOHN FERGUSON, in his personal and official capacities, C.C.A. Corporation,
JUDY BRIZENDINE, in her personal and official capacities, C.C.A. - Crowley,
D. SMELSER, in his personal and official capacities, Warden, C.C.A. - Crowley,
ARISTEDES ZAVARAS, in his personal and official capacities, Director, Colorado D.O.C.,
PAMELA J. PLOUGHE, in her personal and official capacities, Warden, Colorado D.O.C.,
JOANIE SHOEMAKER, in her personal and official capacities, Clinical Services, C.D.O.C.,
JOYCE CROUNK, in her personal and official capacities, Clinical Services, Colorado Territorial Correctional Facility, Colorado, D.O.C.,
DR. LOUIS CABLING, in his personal and official capacities,
DR. ATUL VAHIL, in his personal and official capacities,
MARY KAY CARTER, in her personal and official capacities, Nurse Practitioner, Colorado Territorial Correctional Facility, Colorado D.O.C., and
JILL OLVEY, in her personal and official capacities, Nurse Practitioner, Colorado Territorial Correctional Facility, Colorado D.O.C.

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 10, 2011.**

    Plaintiff's Motion for Protective Order [filed February 15, 2011; docket #94] is **granted in part and denied in part**. Plaintiff claims undue burden pursuant to Fed. R. Civ. P. 26(c) resulting from the CCA Defendants' discovery requests, particularly concerning the medical, pharmaceutical and prison file releases Defendants seek for Plaintiff to execute. However, Plaintiff's claims in this case are based upon a 15-year history of Defendants' alleged negligence and refusal to treat his medical condition; thus, the Defendants' requests for information concerning Plaintiff's medical, psychological and pharmaceutical history for the last ten years during Plaintiff's incarceration are neither irrelevant nor unduly burdensome. At the same time, the Court acknowledges the Plaintiff's privacy concerns regarding his medical and other personal information.

    Thus, the Plaintiff is ordered to submit to the CCA Defendants his verified responses to the

Defendants' discovery requests, together with properly executed releases (those identified in and attached to the Plaintiff's motion), **on or before March 25, 2011**.  The CCA Defendants shall not use the Plaintiff's personal information, including his social security number and all medical, psychological, pharmaceutical, and prison information, for any purpose other than for use in the litigation (including any appeals) of this case.