IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01284-RBJ-MEH

RONALD EMMETT KNEEN,

    Plaintiff,

v.

ARISTEDES ZAVARAS, in his personal and official capacities, Director, Colorado D.O.C.,
JUDY BRIZENDINE, in her personal and official capacities, Health Service Administrator, C.C.A. - Crowley,
D. SMELSER, in his personal and official capacities, Warden, C.C.A. - Crowley,
DR. LOUIS CABLING, in his personal and official capacities,
DR. ATUL VAHIL, in his personal and official capacities, and
MARY KAY CARTER, in her personal and official capacities, Nurse Practitioner, Colorado Territorial Correctional Facility, Colorado D.O.C.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 15, 2011.**

    Plaintiff's Motion for Leave to File an Amended Complaint [filed November 9, 2011; docket #167] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1A and for failure to submit a proposed amended pleading by which the Court might determine whether "justice so requires" leave to amend. *See* Fed. R. Civ. P. 15(a).